Decided January 8, 1997

ROBERT FROMER ET AL. *v.* DEPARTMENT OF
ECONOMIC DEVELOPMENT ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 43 Conn. App. 915 (AC 15245), is denied.

*Robert Fromer*, pro se, in support of the petition.

*William J. Prensky*, assistant attorney general, in opposition.

Decided January 8, 1997